IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DWAYNE CRUSSELL, RACHAEL CRUSSELL, and SCOTT TENORIO
Plaintiffs

v.

AMERICAN FAMILY INSURANCE,
Defendant

**NOTICE OF REMOVAL**

TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance ("American Family"), by and through its counsel, Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

**INTRODUCTION AND BASIS FOR REMOVAL**

1.     American Family is the Defendant in the above-titled action, originally filed in the District Court for the County of Adams, State of Colorado, Case No. 15CV30525.  On or about April 1, 2015, Dwayne Crussell, Rachael Crussell, and Scott Tenorio ("Plaintiffs"), filed their Complaint in Adams County District Court, Colorado.  The Complaint includes claims for underinsured motorist benefits and a violation of C.R.S. § 10-3-1115 and -1116.  *See* Complaint, **Exhibit A**.

2. Any civil action brought in a state court of which the District Courts of the United States have original jurisdiction may be removed by the Defendant to the District Court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The District Courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Plaintiffs are citizens of the state of Colorado. *See* **Exhibit A** ¶ 3. Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit E**.

4. The amount in controversy exceeds $75,000. Plaintiffs allege they were insured under six stacking policies of insurance. *See* **Exhibit A** at ¶¶ 5, 10. Plaintiffs further allege "all six (6) policies should be considered when taking the coverage into account." *See* **Exhibit A** at ¶ 10. The policies as alleged by Plaintiff have aggregate UIM policy limits which exceeds $75,000. *See* **Exhibit A** at ¶ 5. Plaintiffs also seek recovery of two times their covered UIM benefit, reasonable attorney's fees and court costs pursuant to C.R.S. § 10-3-1116(1). *See* **Exhibit A** at ¶ 20.

5. Because the diversity and amount in controversy requirements have been met, this Court has original jurisdiction of this matter, and Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of

Removal. American Family was served with Plaintiff's Complaint in this matter on or about March 30, 2015, **Exhibit C**.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. *See* **Exhibits A** through **D**. Undersigned counsel will promptly file a notice of removal with the District Court for the County of Adams. No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Adams.

8. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1. The register of actions for District Court for the County of Pueblo Case No. 15CV030213 is attached. *See* **Exhibit F**.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Adams in Civil Action No. 15CV30525. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company respectfully requests that this case be removed from the District Court for the County of Adams, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 17th day of April, 2015.

SUTTON | BOOKER | P.C.

*/s/ Ashley R. Larson*
Debra K. Sutton
Ashley R. Larson
26 W. Dry Creek Cir., Suite 375
Littleton, CO 80120
Telephone: (303) 730-6204
FAX: (303) 730-6208
E-Mail: dsutton@suttonbooker.com
alarson@suttonbooker.com
***Attorneys for Defendant,***
***American Family Mutual Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the April 17, 2015, I electronically filed a true and correct copy of the above and foregoing Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Daniel T. Goodwin, Esq.
LAW OFFICES OF DANIEL T. GOODWIN
8001 Arista Place, Ste. 400
Broomfield, CO 80021
Email: dangoodwin@danieltgoodwin.com

Paige Orgel
DONELSON BARRY, LLC
8001 Arista Place, Ste. 400
Broomfield, CO 80021
Email: paigeorgel@db-lawyers.com

                              */s/    Denise Dyakon*
                              *A duly signed original is on file at*
                              *Sutton | Booker | P.C.*