IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00825-RPM

DWAYNE CRUSSELL,
RACHAEL CRUSSELL, and
SCOTT TENORIO,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE,

    Defendant.

_____

## STAY ORDER
_____

Upon consideration of the plaintiffs' status report filed September 1, 2015 [Doc. 16] and to enable this civil action to proceed with a claim for UIM benefits from the second collision thereby avoiding the separation of injuries from the two collisions and recognizing that additional time is necessary to resolve the liability claim from the second collision, it is

ORDERED that this civil action will continue to be stayed until notification from plaintiff's counsel that the claim covered by the liability carrier has been resolved and an amended complaint can be filed.

DATED:   September 8th, 2015

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge